# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| BRITTANY S. CURRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:24-CV-00064 RWS |
| ANGELA MESMER, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff Brittany Curry, an inmate currently incarcerated at Women's Eastern Reception, Diagnostic and Correctional Center in Vandalia, Missouri, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. On September 19, 2024, the Court Ordered plaintiff to submit an inmate account statement in support of her motion to proceed in forma pauperis for the six-month period before the filing of the complaint. She has not done so. Plaintiff will be given an additional twenty-one (21) days to submit her inmate account statement. Her failure to comply with the Court's Order may result in a dismissal of this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days from the date of this Order, plaintiff must submit a copy of her inmate account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Order may result in a dismissal of this action, without prejudice.

Dated this 23rd day of October, 2024.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE