## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| BRITTANY S. CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGELA MESMER, et al., )<br>)<br>Defendants. ) | No. 2:24-CV-00064 RWS |

### MEMORANDUM AND ORDER

Before the Court is plaintiff Brittany Curry's "notice" relative to the submission of the prison account statement, which this Court interprets as a motion for extension of time to provide the account statement. [ECF No. 7]. Plaintiff will be granted an additional twenty-one (21) days from the date of this Memorandum and Order to submit her certified account statement. Her failure to do so will result in a dismissal of this action, without prejudice.

On October 23, 2024, the Court ordered plaintiff to submit a certified copy of her prison account statement for the six-month period immediately preceding the filing of her complaint. [ECF No. 5]. Plaintiff's account statement was due to the Court by November 13, 2024. However, on November 4, 2024, plaintiff submitted a "notice" stating that the Missouri Department of Corrections had not yet complied in providing her a copy of her account statement. As such, the Court will provide plaintiff an additional twenty-one (21) days to provide her certified account statement to the Court.

Accordingly,

**IT IS HEREBY ORDERED** that, within twenty-one (21) days from the date of this Order, plaintiff must submit a copy of her certified inmate account statement for the six-month period before the filing of the complaint.

**IT IS FURTHER ORDERED** that plaintiff's failure to comply with this Order may result in a dismissal of this action, without prejudice.

Dated this 18th day of November, 2024.

_____
RODNEY W. SIPPEL
UNITED DISTRICT JUDGE